# EXHIBIT 1

**DAVID R. CRAIG**
HARFORD COUNTY EXECUTIVE

**JOHN J. O'NEILL, JR.**
DIRECTOR OF ADMINISTRATION



DEPARTMENT OF HUMAN RESOURCES

James C. Richardson
Director of Human Resources

## HARFORD COUNTY GOVERNMENT

July 28, 2005

Mr. Matthew P. Rutherford
3203 Chrome Hill Road
Jarrettsville, Maryland 21084

                      Re:  Investigation Concerning Hostile Work Environment

Dear Mr. Rutherford:

      The investigation concerning the hostile work environment was sustained by this office. As you are aware we did discuss this issue with the one individual that you had indicated was a problem, Mr. Robert Stahler. Since that discussion Mr. Stahler has retired from Harford County Government. The second part of this investigation dealt with lack of management response made by both yourself and Joseph Rutherford. It was found that upper level management did not accurately grasp what their obligations were when dealing with this issue. I have discussed this concern with the director of DPW and I will continue to discuss these concerns with the new director.

      In my opinion additional training or discipline should be imposed due to the lack of management's follow through on this issue. Since this claim is supported, you will be offered the right to have a representative with you whenever you meet with a supervisor regarding personnel issues. This was covered in the letter dated May 10, 2005.

                                              Sincerely,

                                              James C. Richardson, Director
                                              Department of Human Resources

JCR/jde

cc:    Leslie Rutherford
        Jerry Wheeler